J.C.

v.

K.W.

**1347 WDA 2016**

Superior Court of Pennsylvania.

03/27/2017

2013–1130

(Washington)

Affirmed

IN RE: L.C., a Minor,

**Appeal of: M.C.**

**1417 WDA 2016**

Superior Court of Pennsylvania.

03/27/2017

3022–2016

(Beaver)

Affirmed

**IN RE: L.C., a minor,**

**Appeal of: M.C.**

**1355 WDA 2016**

Superior Court of Pennsylvania.

03/27/2017

CP–04–DP–0000057–2015/Juv. No. 141–2015

(Beaver)

Affirmed

**COM.**

v.

**HOWARD, M.**

**2569 EDA 2015**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0002767–2010

(Philadelphia)

Affirmed